IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-9005-MC-C-SOW |
| | ) | |
| JOSEPH C. PETSEL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On January 22, 2007, United States Magistrate Judge William A. Knox recommended that the Government's motion of October 26, 2006, be granted and that defendant Joseph Petsel be held in civil contempt of court for failing to comply with the court's orders enforcing the IRS summons. Thereafter, efforts were made to resolve the matters and on March 6, 2007, Judge Knox issued a recommendation that a ruling on the appropriateness of civil sanctions be stayed while the parties attempt to resolve the issue, and that status reports be filed approximately every sixty to ninety days. No exceptions were filed to the recommendation of March 6, 2007, and it should be adopted.

Additionally, there are several motions pending that appear to be moot in light of the current posture of this case. Accordingly, it is

ORDERED that the recommendation of March 6, 2007, is adopted and a ruling on the appropriateness of civil sanctions is stayed while the parties attempt to resolve the issues. [42] It is further

ORDERED that the parties file a status report within thirty days of this order, and every sixty days thereafter, until the issues in this case have been resolved or are ready for ruling and the parties have so notified the court. It is further

ORDERED that the motion of November 11, 2005, for the court to take judicial notice [6], the motion of November 11, 2006, to strike and vacate [22], the motion of December 14,

2006, to dismiss [25], and the motion of January 8, 2007, to dismiss [34] are denied, without prejudice, as moot.

        /s/ Scott O. Wright

SCOTT O. WRIGHT
Senior United States District Judge

Dated: ___5/1/2007_____
Kansas City, Missouri